# Exhibit "C"

| Colonnade Property LLC | | | |
|---|---|---|---|
| May 23 - June 30, 2011 | | | |
| prepared 5/23/11 | | | |
| | | **May 23-31** | **June 1-30** |
| **Total Revenue (projected)** | | 5217 | 170514 |
| | Owner's Loan | 35000 | 70000 |
| | **Total** | **40217** | **240514** |
| **Expenses (projected)** | | | |
| Administrative | | | |
| | Payroll | 27375 | 91250 |
| | Time Clock | | 1000 |
| | General Supplies | 160 | 550 |
| | Employee Physicals | 87 | 300 |
| | Telephone | 174 | 600 |
| | Cell Phone | 58 | 200 |
| | Uniforms | 98 | 336 |
| | Staff Education & Training | 58 | 200 |
| | Employee Incentives | 58 | 200 |
| | Recruiting | 44 | 150 |
| | Licenses | 44 | 150 |
| | Legal & Professional Fees | 290 | 1000 |
| | Dues & Subscriptions | 46 | 160 |
| | Postage | 44 | 150 |
| | Bank Charges | 29 | 100 |
| | Late Fees | 203 | 700 |
| | Rental Equipment | 460 | 1585 |
| | Computer Charges | 73 | 250 |
| | Admin Meals | 29 | 100 |
| | Travel | 44 | 150 |
| | Salon | 254 | 876 |
| Operating | | | |
| | Mortgage Principal | 1344 | 4630 |
| | Mortgage Interest | 4065 | 14000 |
| | Management Team Fee | 726 | 2500 |
| | Payroll Taxes | 3037 | 10463 |
| | Health Insurance | 2671 | 9200 |
| | Dental Premium | 58 | 200 |
| | Life and Disability | 183 | 630 |
| | Workers Compensation | 1800 | 6200 |
| | 401K | 145 | 500 |
| | Holiday Premium | 1306 | 0 |
| | Depreciation | 1308 | 4505 |
| | Amortization | 48 | 165 |
| | Amortization Loan Costs | 33 | 115 |
| | Auto Insurance | 139 | 480 |
| | Property Insurance | 221 | 761 |
| | Property Tax | 3604 | 12415 |
| | Employment Liability | 83 | 286 |
| | General Liability | 1373 | 4730 |

|  |  | **May 23-31** | **June 1-30** |
|---|---|---|---|
|  | Management Fee | 6677 | 23000 |
| Food Services |  |  |  |
|  | Food | 2268 | 8333 |
|  | Supplies | 283 | 1041 |
| Environmental Services |  |  |  |
|  | Housekeeping Supplies | 290 | 1000 |
|  | Laundry Supplies | 87 | 300 |
|  | Flooring | 435 | 1000 |
|  | Building Repairs | 218 | 750 |
|  | Equipment Repairs | 218 | 750 |
|  | Vehicle | 29 | 100 |
|  | Supplies | 73 | 250 |
|  | Contract Services | 290 | 1000 |
| Utilities |  |  |  |
|  | Electric | 2758 | 9500 |
|  | Gas | 126 | 435 |
|  | Trash Removal | 189 | 650 |
|  | Cable | 116 | 400 |
|  | Water & Serwer | 1335 | 4600 |
| Activities |  |  |  |
|  | Supplies | 101 | 350 |
|  | Entertainment | 58 | 200 |
| Marketing |  |  |  |
|  | Marketing Expense | 1459 | 5025 |
|  | Commissions | 261 | 900 |
| **Total Expense** |  | **69043** | **231371** |