B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Colonnade Property, LLC**

Debtor(s)

Case No.   **11-14061**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bayada Nurses PO Box 514085 Philadelphia, PA 19175 | Bayada Nurses PO Box 514085 Philadelphia, PA 19175 | | | 57,021.50 |
| Direct Energy P.O. Box 643249 Pittsburgh, PA 15264 | Direct Energy P.O. Box 643249 Pittsburgh, PA 15264 | | | 13,346.17 |
| General Health Resources, Inc. 2250 Hickory Road Suite 240 Plymouth Meeting, PA 19462 | General Health Resources, Inc. 2250 Hickory Road Suite 240 Plymouth Meeting, PA 19462 | | | 245,885.30 |
| Gurniak & Gurniak 5140 Hamilton Blvd Allentown, PA 18106 | Gurniak & Gurniak 5140 Hamilton Blvd Allentown, PA 18106 | | | 9,700.08 |
| HealthSkil People 2.0 Global, Inc. PO Box 827932 Philadelphia, PA 19182 | HealthSkil People 2.0 Global, Inc. PO Box 827932 Philadelphia, PA 19182 | | | 8,878.55 |
| HighMark Casualty Insurance Co. P.O. Box 644300 Pittsburgh, PA 15264 | HighMark Casualty Insurance Co. P.O. Box 644300 Pittsburgh, PA 15264 | | | 7,247.00 |
| Latsha, Davis, Yohe & McKenna 1700 Bent Creek Blvd., Ste. 140 Mechanicsburg, PA 17050 | Latsha, Davis, Yohe & McKenna 1700 Bent Creek Blvd., Ste. 140 Mechanicsburg, PA 17050 | | | 21,553.30 |
| LifeCare Holdings 1851 Brookhaven Drive East Allentown, PA 18103 | LifeCare Holdings 1851 Brookhaven Drive East Allentown, PA 18103 | | | 67,674.78 |
| LW Consulting, Inc. 5925 Stevenson Avenue Harrisburg, PA 17112 | LW Consulting, Inc. 5925 Stevenson Avenue Harrisburg, PA 17112 | | | 21,140.76 |
| Mercury - Pottstown Mercury PO Box 1877 Albany, NY 12201-1877 | Mercury - Pottstown Mercury PO Box 1877 Albany, NY 12201-1877 | | | 5,839.78 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Colonnade Property, LLC**                                         Case No.    **11-14061**
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Nurse Pride Care Partners, LLC<br>152 Garrett Road<br>Upper Darby, PA 19082 | Nurse Pride Care Partners, LLC<br>152 Garrett Road<br>Upper Darby, PA 19082 | | | 10,451.50 |
| PECO<br>PECO Energy - Payment Processing<br>PO Box 37629<br>Philadelphia, PA 19101 | PECO<br>PECO Energy - Payment Processing<br>PO Box 37629<br>Philadelphia, PA 19101 | | | 24,661.60 |
| Personal Home Health Care, Inc.<br>1220 Valley Forge Road #13<br>PO Box 987<br>Valley Forge, PA 19482 | Personal Home Health Care, Inc.<br>1220 Valley Forge Road #13<br>PO Box 987<br>Valley Forge, PA 19482 | | | 12,156.00 |
| PRN Staffing, Inc<br>625 B. Swedesford Road<br>Malvern, PA 19355 | PRN Staffing, Inc<br>625 B. Swedesford Road<br>Malvern, PA 19355 | | | 102,502.00 |
| Senior Helpers<br>1200 E. High Street<br>Suite 208<br>Pottstown, PA 19464 | Senior Helpers<br>1200 E. High Street<br>Suite 208<br>Pottstown, PA 19464 | | | 11,739.94 |
| SuperMedia/Idearc<br>Acct Receivable Dept<br>PO Box 619009<br>Dallas, TX 75261 | SuperMedia/Idearc<br>Acct Receivable Dept<br>PO Box 619009<br>Dallas, TX 75261 | | | 9,791.23 |
| Sysco Philadelphia, LLC<br>P.O. Box 6499<br>Philadelphia, PA 19145 | Sysco Philadelphia, LLC<br>P.O. Box 6499<br>Philadelphia, PA 19145 | | | 12,261.15 |
| Tax Collector Wendi Rowley<br>PO Box 92<br>Schwenksville, PA 19473 | Tax Collector Wendi Rowley<br>PO Box 92<br>Schwenksville, PA 19473 | | | 176,831.39 |
| Unlimited Staffing Solutions<br>1 South Easton Road<br>Glenside, PA 19038 | Unlimited Staffing Solutions<br>1 South Easton Road<br>Glenside, PA 19038 | | . | 24,489.08 |
| US Foodservice, Inc.<br>PO Box 33101<br>Newark, NJ 07188 | US Foodservice, Inc.<br>PO Box 33101<br>Newark, NJ 07188 | | | 7,009.24 |

B4 (Official Form 4) (12/07) - Cont.

In re **Colonnade Property, LLC**                                              Case No. **11-14061**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 20, 2011**                          Signature _____

                                       **Gregory W. Holcomb**
                                       **Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy