CIARDI CIARDI & ASTIN
Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
Jennifer E. Cranston, Esquire
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | CHAPTER 11 |
| COLONNADE PROPERTY, LLC | : | |
| | : | |
| | : | BANKRUPTCY NO. 11-14061(JKF) |
| DEBTOR | : | |
| | : | |

## NOTICE OF MOTION OF THE DEBTOR AND DEBTOR-IN-POSSESSION FOR ORDER PURSUANT TO 11 U.S.C. § 364(b) and § 364(c)(3) APPROVING THE POST-PETITION LOAN FROM THE TENANTS IN COMMON TO THE DEBTOR

Colonnade Property, LLC (the "Debtor"), by and through its counsel, Ciardi Ciardi & Astin, has filed a *Debtor's Motion for Order Approving the Post-Petition Loan from the Tenants in Common to the Debtor Pursuant to 11 U.S.C. Section 364(b) and 364(c)(3)*.

<u>Your rights may be affected</u>.
You should read these papers carefully and discuss them
with your attorney, if you have one in this bankruptcy case.
(If you do not have an attorney, you may wish to consult with an attorney.)

1. If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before **June 29, 2011** you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at

UNITED STATES BANKRUPTCY COURT
CLERK'S OFFICE
900 MARKET STREET, SUITE 400
PHILADELPHIA, PENNSYLVANIA 19107-4299

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b)    mail a copy to the movant's attorney:

>Albert A. Ciardi, III, Esquire
>Thomas D. Bielli, Esquire
>Jennifer E. Cranston, Esquire
>Ciardi Ciardi & Astin
>One Commerce Square
>2005 Market Street, Suite 1930
>Philadelphia, PA 19103

    2.    If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the **Honorable Jean K. FitzSimon on July 6, 2011 at 9:30 a.m. in Courtroom No. 3**, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

    4.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: May 31, 2011                            CIARDI CIARDI & ASTIN

                                                */s/ Jennifer E. Cranston*
                                                Albert A. Ciardi, III, Esquire
                                                Thomas D. Bielli, Esquire
                                                Adrienne N. Roth, Esquire
                                                One Commerce Square
                                                2005 Market Street, Suite 1930
                                                Philadelphia, PA 19103
                                                Telephone: (215) 557-3550
                                                Facsimile: (215) 557-3551
                                                Proposed Counsel to the Debtor