B6F (Official Form 6F) (12/07)

In re   **Colonnade Property, LLC**                                    Case No.  **11-14061**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Action Service Company** <br>PO Box 247 <br>Frederick, PA 19435 | | - | | | | | 133.50 |
| Account No. <br><br>**ADP** <br>P.O. Box 9001006 <br>Louisville, KY 40290 | | - | | | | | 989.94 |
| Account No. 1063 <br><br>**Air-Vent Duct Cleaning, Inc.** <br>P.O. Box 593 <br>Montgomeryville, PA 18936 | | - | | | | | 530.00 |
| Account No. x0424 <br><br>**Airgas** <br>P.O. Box 827049 <br>Philadelphia, PA 19182 | | - | | | | | 509.29 |
| _19_  continuation sheets attached | | | Subtotal <br>(Total of this page) | | | | 2,162.73 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                    Case No. ___11-14061___

                                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Aqua Wastewater Management, Inc.** P.O. Box 822552 Philadelphia, PA 19182 | | - | | | | | | 235.00 |
| Account No. xxxxx9826 | | | | | | | | |
| **AT&T Mobility** P.O. Box 6463 Carol Stream, IL 60197 | | - | | | | | | 261.23 |
| Account No. xx-1014 | | | | | | | | |
| **Bayada Nurses** PO Box 514085 Philadelphia, PA 19175 | | - | | | | | | 57,021.50 |
| Account No. | | | | | | | | |
| **Bill Clinton** 332 Fretz Road Perkasie, PA 18944 | | - | | | | | | 40.00 |
| Account No. xx1337 | | | | | | | | |
| **Bio-Haz Solutions, Inc.** 531 Seneca Road, Suite 2 P.O. Box 420 Lehighton, PA 18235 | | - | | | | | | 77.00 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **57,634.73**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                          Case No. ___**11-14061**___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>BuxMont Media LLC<br>Courier News Weekly<br>616 S. Broad Street<br>Lansdale, PA 19446 | - | | | | | | 1,716.00 |
| Account No. <br><br>Carter Locksmith<br>Gregory R. Carter-Locksmith<br>127 North Hanover Street<br>Pottstown, PA 19464 | - | | | | | | 906.30 |
| Account No. xxxx9189 <br><br>ChemSearch<br>23261 Network Place<br>Chicago, IL 60673 | - | | | | | | 161.09 |
| Account No. x4012 <br><br>Cintas Corporation #287<br>PO Box 630803<br>Cincinnati, OH 45263-0803 | - | | | | | | 1,402.13 |
| Account No. xxxxx xxxxx3-01-9 <br><br>Comcast Cable<br>P.O. Box 3005<br>Southeastern, PA 19398 | - | | | | | | 147.77 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,333.29**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                          Case No. ___**11-14061**___
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx3772** | | | | | | | | |
| Cooler Smart, LLC PO Box 513030 Philadelphia, PA 19175 | | - | | | | | | 169.16 |
| Account No. **xx2475** | | | | | | | | |
| County Electric PO Box 820552 Philadelphia, PA 19182 | | - | | | | | | 293.20 |
| Account No. | | | | | | | | |
| Croker Fire Safety Corporation P.O. Box 368 Islip Terrace, NY 11752 | | - | | | | | | 285.00 |
| Account No. **xx9222** | | | | | | | | |
| De Lage Landen P.O. Box 41601 Philadelphia, PA 19101 | | - | | | | | | 373.12 |
| Account No. **xxx0190** | | | | | | | | |
| Direct Energy P.O. Box 643249 Pittsburgh, PA 15264 | | - | | | | | | 18,407.60 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 19,528.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                    Case No. ___**11-14061**___
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4122** | | | | | | | |
| **Direct Supply**<br>**P.O. Box 88201**<br>**Milwaukee, WI 53288** | | - | | | | | 1,151.13 |
| Account No. **xxxxx3152** | | | | | | | |
| **Direct TV**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060** | | - | | | | | 299.67 |
| Account No. **2030** | | | | | | | |
| **Dunlap & Associates, P.C.**<br>**1300 Horizon Drive**<br>**Suite 106**<br>**Chalfont, PA 18914-3962** | | - | | | | | 2,417.09 |
| Account No. | | | | | | | |
| **Ecolab**<br>**P.O. Box 905327**<br>**Charlotte, NC 28290-5237** | | - | | | | | 264.90 |
| Account No. **Colonnade** | | | | | | | |
| **Epps Advertising**<br>**184 W. Main Street**<br>**Building 100**<br>**Collegeville, PA 19426** | | - | | | | | 500.00 |

Sheet no. __**4**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal | 4,632.79
(Total of this page) |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                                    Case No. ___**11-14061**___
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Faraco Knife& Slicer Co. PO Box 42 Pennsburg, PA 18073 | - | | | | | | | | 238.50 |
| Account No. | | | | | | | | | |
| Fire Protection Services, LLC 239 East Summit Street P.O. Box 64456 Souderton, PA 18964 | - | | | | | | | | 542.72 |
| Account No. 26 | | | | | | | | | |
| Forcine Landscaping Brett A. Forcine Landscaping, Inc. 39 Meng Road Schwenksville, PA 19473 | - | | | | | | | | 1,047.50 |
| Account No. | | | | | | | | | |
| Franklin Chemical & Equipment 5116 Butler Pike Plymouth Meeting, PA 19462 | - | | | | | | | | 244.83 |
| Account No. | | | | | | | | | |
| Freedom Lakes, LLC #1 AREI Colonnade 1, LLC 6336 Bryce Avenue Orange, CA 92867 | - | | | | | | | | 250.00 |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,323.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colonnade Property, LLC**                                          Case No. ___**11-14061**___
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Freedom Lakes, LLC #13 <br> AREI Colonnade 1, LLC <br> 6336 Bryce Avenue <br> Orange, CA 92867 | - | | | | | | 250.00 |
| Account No. <br><br> Freedom Lakes, LLC #4 <br> AREI Colonnade 1, LLC <br> 6336 Bryce Avenue <br> Orange, CA 92867 | - | | | | | | 250.00 |
| Account No. <br><br> Fusion Factors, Inc. <br> 1000 West Broad Street <br> Quakertown, PA 18951 | - | | | | | | 965.00 |
| Account No. <br><br> General Health Resources, Inc. <br> 2250 Hickory Road <br> Suite 240 <br> Plymouth Meeting, PA 19462 | - | | | | | | 245,885.30 |
| Account No. <br><br> Genesis Rehabilitation Services <br> PO Box 7247-6524 <br> Philadelphia, PA 19170 | - | | | | | | 35.57 |

Sheet no. _**6**_ of _**19**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                247,385.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                              Case No. __11-14061__

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxxxe 001** | | | | | | | | |
| Gurniak & Gurniak 5140 Hamilton Blvd Allentown, PA 18106 | | - | | | | | | |
| | | | | | | | | 9,700.08 |
| Account No. | | | | | | | | |
| Hartford Badges 7617 Center Road West Falls, NY 14170 | | - | | | | | | |
| | | | | | | | | 31.00 |
| Account No. **xx9365** | | | | | | | | |
| HealthSkil People 2.0 Global, Inc. PO Box 827932 Philadelphia, PA 19182 | | - | | | | | | |
| | | | | | | | | 8,878.55 |
| Account No. **xxx3801** | | | | | | | | |
| Home Depot Supply P.O. Box 509058 San Diego, CA 92150 | | - | | | | | | |
| | | | | | | | | 999.47 |
| Account No. **COL6** | | | | | | | | |
| IT Edge 1157 Phoenixville Pike Suite 101 West Chester, PA 19380 | | - | | | | | | |
| | | | | | | | | 187.50 |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **19,796.60**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Colonnade Property, LLC**                                    Case No. _____**11-14061**_____

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6055** <br><br> J.C. Erhlich Company, Inc. <br> P.O. Box 13848 <br> Reading, PA 19612 | - | | | | | | 851.05 |
| Account No. **x0074** <br><br> Jack & Jill <br> P. O. Box 8500-S8780 <br> Philadelphia, PA 19178 | - | | | | | | 145.70 |
| Account No. <br><br> Jane Barelli <br> AREI Colonnade 7, LLC <br> 59 Paso Hondo <br> Carmel Valley, CA 93924 | - | | | | | | 250.00 |
| Account No. <br><br> Jireh Nursing Agency, LLC <br> 359 York Road <br> Willow Grove, PA 19090 | - | | | | | | 1,379.96 |
| Account No. **TC00** <br><br> KDI, Inc. <br> P.O. Box 1610 <br> Media, PA 19063 | - | | | | | | 490.03 |

| | | |
|---|---|---|
| Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 3,116.74 |

B6F (Official Form 6F) (12/07) - Cont.

In re    __Colonnade Property, LLC_____     Case No. ___11-14061___
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Krady Electric 479 Schoolhouse Road Harleysville, PA 19438 | | - | | | | | | 450.00 |
| Account No. | | | | | | | | |
| Kring's Stoves & Fireplaces PO Box 527 Rt 100 & County Line Road Boyertown, PA 19512 | | - | | | | | | 95.50 |
| Account No. | | | | | | | | |
| Landis Supermarket 2685 County Line Road Telford, PA 18969 | | - | | | | | | 483.69 |
| Account No. | | | | | | | | |
| Latsha, Davis, Yohe & McKenna 1700 Bent Creek Blvd., Ste. 140 Mechanicsburg, PA 17050 | | - | | | | | | 21,553.30 |
| Account No. | | | | | | | | |
| LifeCare Holdings 1851 Brookhaven Drive East Allentown, PA 18103 | | - | | | | | X | 67,674.78 |

Sheet no. __9___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          90,257.27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colonnade Property, LLC**                                        Case No. ___**11-14061**___
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **Market Street Print & Copy** 204 West Market Street West Chester, PA 19382 | | - | | | | | 283.94 |
| **Account No. x0760** | | | | | | | |
| **McKesson Medical-Surgical** P.O. Box 630693 Cincinnati, OH 45263 | | - | | | | | 3,827.88 |
| **Account No. xxx1867** | | | | | | | |
| **Mercury - Pottstown Mercury** PO Box 1877 Albany, NY 12201-1877 | | - | | | | | 8,196.50 |
| **Account No.** | | | | | | | |
| **Michael's Carpet Cleaners** 173 Heritage Drive Collegeville, PA 19426 | | - | | | | | 1,336.30 |
| **Account No.** | | | | | | | |
| **Middleton's Heating & Cooling** 105 Audrey's Lane Perkiomenville, PA 18074 | | - | | | | | 867.71 |

Sheet no. __10__ of __19__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          **14,512.33**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                    Case No. ___**11-14061**___
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Mullaney Law Offices** **598 Main Street** **PO Box 24** **Red Hill, PA 18076** | | | | | | | | 760.50 |
| Account No. | | | | | | | | |
| **National Satellite Inc.** **56 Freedom Road** **Sewell, NJ 08080** | | | | | | | | 79.50 |
| Account No. | | - | | | | | | |
| **Northampton Community College** **Bursar's Office** **3835 Green Pond Road** **Bethlehem, PA 18020** | | | | | | | | 5,333.34 |
| Account No. 5008 | | - | | | | | | |
| **Northeast Pharmacy** **590 Coal Street** **Lehighton, PA 18235** | | | | | | | | 282.39 |
| Account No. | | - | | | | | | |
| **Nurse Pride Care Partners, LLC** **152 Garrett Road** **Upper Darby, PA 19082** | | | | | | | | 10,451.50 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,907.23**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                              Case No. ___**11-14061**___
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Occupational Health P.O. Box 501144 Saint Louis, MO 63150 | | - | | | | | | 2,439.00 |
| Account No. xxxx1822 | | | | | | | | |
| Office Basics, Inc. P.O. Box 2230 Marcus Hook, PA 19061 | | - | | | | | | 1,160.89 |
| Account No. x3805 | | | | | | | | |
| Oliver Sprinkler Co, Inc. 501 Feheley Dr King of Prussia, PA 19406 | | - | | | | | | 2,780.00 |
| Account No. xxx0657 | | | | | | | | |
| On-Hold Concepts, Inc. 7121 27th Street Tacoma, WA 98466 | | - | | | | | | 76.00 |
| Account No. xxxx0499 | | | | | | | | |
| PA State Police P.O. Box 62041 Harrisburg, PA 17106 | | - | | | | | | 60.00 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,515.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colonnade Property, LLC**                                        Case No. ___**11-14061**___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx-x1002, xxxxx-x0905, 2403** | | | | | | | | |
| PECO PECO Energy - Payment Processing PO Box 37629 Philadelphia, PA 19101 | | - | | | | | | 27,443.10 |
| Account No. | | | | | | | | |
| Penn Valley Chemical Company P.O. Box 847 Lansdale, PA 19446 | | - | | | | | | 987.46 |
| Account No. **xxxon01** | | | | | | | | |
| Personal Home Health Care, Inc. 1220 Valley Forge Road #13 PO Box 987 Valley Forge, PA 19482 | | - | | | | | | 12,156.00 |
| Account No. | | | | | | | | |
| Phoenixville Senior Center 153 Church Street Phoenixville, PA 19460 | | - | | | | | | 26.32 |
| Account No. **xxx7645** | | | | | | | | |
| Pitney Bowes Global Financial Services P.O. Box 371887 Pittsburgh, PA 15250 | | - | | | | | | 323.04 |

Sheet no. __13__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **40,935.92**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                      Case No. ___**11-14061**___
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PMA Medical Specialists** <br>**826 Main Street** <br>**Suite 100** <br>**Phoenixville, PA 19460** | - | | | | | | | 450.00 |
| Account No. <br><br>**PRN Staffing, Inc** <br>**625 B. Swedesford Road** <br>**Malvern, PA 19355** | - | | | | | | | 102,502.00 |
| Account No. **Colonnade** <br><br>**Professional Pharmacy** <br>**920 N. Charlotte Street** <br>**Pottstown, PA 19464** | - | | | | | | | 44.66 |
| Account No. **xxxx9567** <br><br>**Quill** <br>**PO Box 37600** <br>**Philadelphia, PA 19101-0600** | - | | | | | | | 477.48 |
| Account No. **1435** <br><br>**Reiter's Service Station, Inc.** <br>**P.O. Box 88** <br>**Zieglerville, PA 19492** | - | | | | | | | 1,772.54 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         105,246.68

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                            Case No. _____ **11-14061** _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ronda Christensen <br> 5019 Alhambra Valley Road <br> Martinez, CA 94553 | - | | | | | | 2,000.00 |
| Account No. **xxxx-xx7622** <br><br> Rosenberger Hatfield <br> 847 Forty Foot Road <br> Hatfield, PA 19440 | - | | | | | | 127.95 |
| Account No. **xxx9-006** <br><br> Route 422 Business Advisor <br> MACnificent Pages <br> PO BOx 334 <br> Pottstown, PA 19464 | - | | | | | | 550.00 |
| Account No. <br><br> Royer's Discount Flooring, Inc. <br> 311 County Line Road <br> Gilbertsville, PA 19525 | - | | | | | | 2,701.00 |
| Account No. <br><br> Sanatoga Corporation <br> 2783 E. High Street <br> Pottstown, PA 19464 | - | | | | | | 835.28 |

Sheet no. __15__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      6,214.23
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colonnade Property, LLC**                                    Case No. ___**11-14061**___
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sanatoga Water Conditioning** <br> **80 N. Charlotte Street** <br> **Pottstown, PA 19464** | - | | | | | | 1,055.66 |
| Account No. **0711, 0712** <br><br> **Schwenksville Borough Authority** <br> **298 Main Street** <br> **P.O. Box 458** <br> **Perkiomenville, PA 18074** | - | | | | | | 9,206.18 |
| Account No. <br><br> **Senior Helpers** <br> **1200 E. High Street** <br> **Suite 208** <br> **Pottstown, PA 19464** | - | | | | | | 11,739.94 |
| Account No. <br><br> **ServPro King of Prussia** <br> **550 George Street** <br> **Norristown, PA 19401** | - | | | | | | 259.03 |
| Account No. **xxxx-xxxx-xxxx-4554** <br><br> **Staples Credit Plan** <br> **Dept 51-7819514554** <br> **PO Box 689020** <br> **Des Moines, IA 50368-9020** | - | | | | | | 596.28 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 22,857.09 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colonnade Property, LLC**                                           Case No. ___**11-14061**___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx7190** | | | | | | | | | |
| **SuperMedia/Idearc** **Acct Receivable Dept** **PO Box 619009** **Dallas, TX 75261** | | - | | | | | | | 9,791.23 |
| Account No. **xx3163** | | | | | | | | | |
| **Sysco Philadelphia, LLC** **P.O. Box 6499** **Philadelphia, PA 19145** | | - | | | | | | | 15,964.18 |
| Account No. **xxxxxxx7005** | | | | | | | | | |
| **Tax Collector Wendi Rowley** **PO Box 92** **Schwenksville, PA 19473** | | - | | | | | | | 176,831.39 |
| Account No. | | | | | | | | | |
| **TIG Welding** **200 Cherry Street** **East Greenville, PA 18041** | | - | | | | | | | 20.00 |
| Account No. | | | | | | | | | |
| **Town and County Newspaper** **PO Box 462** **Red Hill, PA 18076-0462** | | - | | | | | | | 1,059.50 |

Sheet no. __**17**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  203,666.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colonnade Property, LLC**                                                    Case No.    **11-14061**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2373** | | | | | | | | |
| Tri-State Elevator Co., Inc. 3607 Chapel Road P.O. Box 461 Newtown Square, PA 19073 | | - | | | | | | 2,040.10 |
| Account No. | | | | | | | | |
| Trinity Oaks LLC AREI Colonnade 3, LLC 6336 Bryce Avenue Orange, CA 92867 | | - | | | | | | 250.00 |
| Account No. **xx9121** | | | | | | | | |
| Tru-Green CB3003 510 Lapp Road Malvern, PA 19355-1214 | | - | | | | | | 358.28 |
| Account No. | | | | | | | | |
| Unlimited Staffing Solutions 1 South Easton Road Glenside, PA 19038 | | - | | | | | | 24,489.08 |
| Account No. **xx2593** | | | | | | | | |
| US Bank/Liberty Financial Group P.O. Box 790448 Saint Louis, MO 63179 | | - | | | | | | 1,840.60 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 28,978.06 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Colonnade Property, LLC**                                      Case No. __11-14061__
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx5089**<br><br>US Foodservice, Inc.<br>PO Box 33101<br>Newark, NJ 07188 | | - | | | | | | 7,009.24 |
| Account No. **xxxxxxxxxxx008Y**<br><br>Verizon<br>P.O. Box 28000<br>Lehigh Valley, PA 18002 | | - | | | | | | 577.75 |
| Account No.<br><br>Visa Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886 | | - | | | | | | 2,099.63 |
| Account No.<br><br>Zoom Drain & Sewer Cleaning<br>915 S. Trooper Road<br>Norristown, PA 19403 | | - | | | | | | 369.00 |
| Account No. | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,055.62

Total
(Report on Summary of Schedules)        907,061.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy