**Schedule G**

| Current Contracts | Type | Account # | Address | Telephone | Fax | Contact |
|---|---|---|---|---|---|---|
| A Place for Mom | marketing referrals | | A Place for Mom PO Box 674164 Detroit, MI 48267-4164 | 206-802-1500 | | |
| A Place for Mom, Inc. You've Got Leads | web based marketing lead data base | | 221 1st Avenue West, Suite 350, Seattle, WA 98119 | 206-285-4666 | | Partnership&Contract Coordinator |
| ADP (NO COPY ON FILE) | payroll services | | ADP, Inc PO Box 9001006 Louisville, KY 40290-1006 | | | |
| Care Plex Occupational Health | occupational health employee services | | Pottstown Memorial Hospital, Occupation Health Center at CarePlex, 81 Robinson St., Pottstown, PA 19464 | 610-326-2300 | | Kathleen O'Hara, Client Services Coordinator |
| Castlerock Security Systems (formerly Security Associates International) | fire alarm monitoring | | 2101 S. Arlington Heights Road, Arlington Heights, IL 60005 | | | |
| Cintas (requested copy of contract; not received) | kitchen staff uniform service | 04012 | Cintas Corporation #287 PO Box 630803 Cincinnati, OH 45263-0803 | 267-233-5612 | | |
| Cooler Smart ( debtor not renewing past 9/2011) | water cooler equipment lease | 1053772 | 77 McCullough Dr., New Castle, DE 19720 | 888-826-6537 | | |
| Croker Fire Drill Corporation | fire drill services | 4703 | Croker Fire Safety Corporation Po Box 368 Islip Terrace, NY 11752-0368 | 631-277-7602 | | Marie |
| Direct Energy Business | electric generation supplier | Contract Code # 768964 | Customer Service Manager, 1001 Liberty Ave., Pittsburgh, PA 15222 | 1-888-925-9115 | 1-866-421-0257 | |
| Ecolab | equipment lease for kitchen dishwasher | | Only document on file is an invoice remittance address: PO Box 905327, Charlotte, NC 28290 | 1-800-352-5326 | | |
| Genesis Rehab Services | resident health services charged to resident | | 101 East State Street, Kennett Square, PA 19348 | 610-444-6350 | | |
| J.C. Ehrlich Co., Inc. (contract cancelled by vendor on 6/11/11 upon receipt of court notice) | pest control services & kitchen grease trap maintenance | 3086055 | PO Box 13848, Reading, PA 19612-3848 | 610-323-3265 | | Kathy |
| KDI Copier (not renewing after 9/2011) | copier equipment and maintenance lease | 2493S837 | 200 Racoosin Dr., Suite 101-03, Aston, PA 19014 | 800-537-4613 | | |
| Northeast Pharmacy Services, Inc. | resident pharmacy supplier and consultative/training services to community | | Northeast Pharmacy Services 590 Coal Street Lehighton, PA 18235 | 610-377-9730 | 610-377-9510 | Michael Glennon |
| On Hold Concepts | telephone on hold services | 007065? | On-Hold Concepts, Inc. 7121 27th Street West University Place, WA 98466-4623 | 800-864-6828 | | |
| Pitney Bowes | postage equipment | 3467645 | Pitney Bowes Global Financial Services PO Box 371887 Pittsburgh, PA 15250-7887 | 1-800-732-7222 | | |
| Sandra Harter | resident salon services charged to resident less 20% for provision of salon space | | Sandy Harter 3439 Little Road Perkiomenville, PA 18074 | 215-234-8521 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| US Bank Manifest | | assumption of agreement for lease of Life Line emergency call bell system from Liberty Financial Group (agreement Contract # 600-000-0659590-000) | 0059590-000 Contract # 600-000 | US Bank Manifest Funding Services PO Box 790448 St Louis, MO 63179-0448 | 800-388-1131 | |
| Tri-State Elevator Company, Inc. | | elevator inspection and maintenance | Cust ID # 2373 | 3607 Chapel Rd., PO Box 461, Newtown Square, PA 19073 | 610-353-1611 | 610-353-4595 |
| Town and Country | | local newspaper advertising | | Town and Country Newspaper PO Box 462 Red Hill, PA 18076-0462 | 215-679-5060 | |
| Supermedia (no document on file) | | Yellow Pages advertising | 260001047190 | PO Box 619810, DFW Airport, TX 75261-9810 | 1-866-917-8737 | |