## Equity Security Holders

| Name & Address | Initial Capital Contribution | Percentage Interest | Date Admitted |
|---|---|---|---|
| Ronald C. Ball<br>13454 Tierra Heights<br>Redding, CA 96003 | $997.61 | 19.9523% | June 3, 2008 |
| Kenneth Cohen, Trustee<br>The Kenneth and Karen Cohen Family Trust<br>40610 North Candlewick Lane<br>Anthem, AZ 85086 | $275.10 | 5.5020% | June 3, 2008 |
| Ernest J. Ongaro<br>201 Walker Road<br>Petaluma, CA 94952 | $474.55 | 9.4909% | June 3, 2008 |
| Susan F. Snyder, Trustee<br>The 1999 Snyder Family Revocable Trust U/A/D 10-18-99<br>3233 Dolores Drive<br>San Ramon, CA 94583 | $520.49 | 10.4097% | June 3, 2008 |
| Rudi Van Enoo, Trustee<br>Revocable trust of Rudi and Elise Van Enoo, DTD 8/25/1988<br>680 Rancho Alisal Drive<br>Solvang, CA 93463 | $100.00 | 2% | June 3, 2008 |
| Jane W. Barelli<br>59 Paso Hondo<br>Carmel Valley, CA 93924 | $175.10 | 3.5020% | January 1, 2009 |
| Pia Brown, Trustee<br>The Richard C. and Dobby D. Delsi Survivor's Trust<br>933 Butternut Drive<br>Holland, MI 49424 | $297.66 | 5.9533% | January 1, 2009 |
| Gerald D. Case, Trustee<br>The Case Family Trust Dtd 1/23/1992<br>10636 Elkhorn Drive<br>Stockton, CA 95209 | $200.67 | 4.0134% | January 1, 2009 |
| Sally Haag<br>2128 Grape Leaf Lane<br>Livermore, CA 94550 | $353.27 | 7.0655% | January 1, 2009 |
| James C. Haedt, Trustee<br>The Haedt Living Trust Dated April 12, 1984<br>6201 Harwood Avenue<br>Oakland, CA 94618 | $175.10 | 3.5020% | January 1, 2009 |

| | | | |
|---|---|---|---|
| Gregory W. Holcomb, Trustee<br>Holcomb Family Trust Dtd Aug. 28, 1997<br>6336 Bryce Avenue<br>Orange, CA 92867 | $667.83 | 13.3565% | January 1, 2009 |
| Sue Meyers, Trustee<br>The Sue Meyers Living Trust<br>Dtd 5/20/05<br>901 Brookside Drive<br>Eugene, OR 97405 | $155.36 | 3.1073% | January 1, 2009 |
| Debra Shelton, Trustee<br>The Shelton Living Trust Dtd 7/17/1991<br>341 Burgundy Road<br>Healdsburg, CA 95448 | $427.88 | 8.5577% | January 1, 2009 |
| Kenneth J. Shipley, Trustee<br>The Shipley Family 1995 Revocable Trust<br>Dtd May 18, 1995<br>5582 Carlile Court<br>Granite Bay, CA 95746 | $179.38 | 3.5876% | January 1, 2009 |